JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANA MONROY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC, et al.,<br><br>　　　　　　Defendants. | Case No.  CV 22-1945-GW-KSx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 24, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE